

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

**To:** Clerk, United States District Court
Eastern District of North Carolina
PO Box 25670
Raleight, NC 27611

**Re:** Transfer of our Civil Case No. 5:13-CV-00730 GHK (DTBx)
Case Title: Kelly Jenkins Ortiz v. Sam T Hassell et al

Dear Sir/Madam:

**An order having been made transferring the above-numbered case to your district, we are transmitting herewith our file:**

☐ Original case file documents are enclosed in paper format.
☑ Electronic Documents are accessible through Pacer.
☐ Other: _____

Very truly yours,

Clerk, U.S. District Court

Date: October 2, 2013      By: **Irene Ramirez**
**Relief Courtroom Deputy**
Deputy Clerk **(213) 894-2877**

*cc:* All counsel of record

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

**Please acknowledge receipt via e-mail to appropriate address listed below and provide the case number assigned in your district:**

☐ CivilIntakecourtdocs-LA@cacd.uscourts.gov    (Los Angeles Office)
☒ CivilIntakecourtdocs-RS@cacd.uscourts.gov    (Riverside Office)
☐ CivilIntakecourtdocs-SA@cacd.uscourts.gov    (Santa Ana Office)

Case Number: 5:13-CV-693-BO

Clerk, U.S. District Court

Date: 10/03/2013      By: /s/ Lauren Moore
Deputy Clerk

CV-22 (09/08)                **TRANSMITTAL LETTER - CIVIL CASE TRANSFER OUT**